# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,  )<br>　　　　　Plaintiff,  )<br>vs.  )<br>MICHAEL PAUL MATULICH,  )<br>　　　　　Defendants.  ) | Case No.  2:11-cr-00327-PMP-CWH<br><br>**ORDER** |

　　　This matter is before the Court on Defendant Michael Paul Matulich's Motion for Release on Personal Recognizance or Bail (#43), filed February 7, 2012.  Defendant did not file this motion through his appointed counsel.  Pursuant to LR IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case."  Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendant Michael Paul Matulich's Motion for Release on Personal Recognizance or Bail (#43) is **denied without prejudice**.  Defendant must file any motion through his appointed counsel.

　　　DATED this 13th day of February, 2012.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**