**FILED**
MAY 15 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | )  |
|---|---|
| Plaintiff, | ) **O R D E R** |
| vs. | ) 2:11-CR-327-PMP-CWH |
| MICHAEL PAUL MATULICH, | ) |
| Defendant. | ) |

Pursuant to the attached letter received by the Court from Defendant Michael Paul Matulich, counsel are directed to file any motions they may deem appropriate.

Dated: May 15, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

TO: PHILIP M. PRO  
333 LAS VEGAS BLVD. SO.  
LAS VEGAS NV 89101

CASE # 2:11-CR-00327-PMP

DATE: MAY 8TH 2012

FROM: MICHAEL P. MATULICH  
HENDERSON DETENTION CENTER  
223 LEAD STREET  
PO BOX 95050  
HENDERSON, NV 89009-5050

YOUR HONOR

SIR THIS IS MY SECOND ATTEMPT AND REQUEST IN REGUARDS TO RECIEVING SOME ASSISTANCE.

IM AT AN IMPASSABLE POINT WITH MY CURRENT ATTORNEY MR. MICHAEL PANDULLO. I DON'T BELIEVE THAT HE HAS MY BEST INTREST IN MIND WHAT SO EVER. MR. PANDULLO HAS COMPLETELY ALIENATED HIMSELF FROM ANY MEANS OF COMMUNICATION WITH ME HIS CLIENT. MY LAST COMMUNICATION WITH HIM WAS NEGATIVE AND DETRAMENTAL TO MY WELL BEING.

YOUR HONOR IM REQUESTING I BE ALLOWED TO REPRESENT MY-SELF WITH CO-COUNCIL FOR PROCEDURAL PURPOSES. RESPECTFULLY

M. MATULICH #423209
HENDERSON POLICE DEPARTMENT
223 Lead Street
P.O. Box 95050
Henderson, NV 89009-5050

MAILED FROM
HENDERSON DETENTION CENTER

PHILIP M. PRO
333 LAS VEGAS BLVD. SO
LAS VEGAS NV
89101