**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:11-CR-327-PMP (CWH) |
| | ) |
| MICHAEL PAUL MATULICH, | ) |
| a.k.a. "Rampage" | ) |
| | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 21, 2012, defendant MICHAEL PAUL MATULICH, a.k.a. "Rampage", pled guilty to Counts One and Two of a Nine-Count Criminal Indictment charging him in Count One with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and in Count Two with Conspiracy to Unlawfully Deal in Firearms in violation of Title 18, United States Code, Section 922(a)(1). Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 56; Plea Memorandum, ECF No. 58.

This Court finds defendant MICHAEL PAUL MATULICH, a.k.a. "Rampage", agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 56; Plea Memorandum, ECF No. 58.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of

the Criminal Indictment and the Plea Memorandum and the offenses to which defendant MICHAEL PAUL MATULICH, a.k.a. "Rampage", pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (p); and Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c):

(a) Maverick model 88, 12 gauge short-barreled shotgun, serial number MV04934G;

(b) Mossberg, model 500A, 12 gauge shotgun, serial number L244961;

(c) Intratec Model Tec-9, 9mm, serial number 23988;

(d) Russian SKS 7.62X39 rifle, with bayonet, serial number 9937905;

(e) Beretta, model 92FS Compact 9mm pistol, serial number E31982Z;

(f) a homemade Mac-11 type 9mm pistol;

(g) Keltic, CNC Industries, Inc. P11 pistol 9mm, serial number ASK60;

(h) any and all ammunition;

(i) an in personam criminal forfeiture money judgment of $900.00 in United States Currency; and

(j) an in personam criminal forfeiture money judgment of $300.00 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MICHAEL PAUL MATULICH, a.k.a. "Rampage", in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America

until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>   Michael A. Humphreys
>   Assistant United States Attorney
>   Daniel D. Hollingsworth
>   Assistant United States Attorney
>   Lloyd D. George United States Courthouse
>   333 Las Vegas Boulevard South, Suite 5000
>   Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __ 25th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1 **PROOF OF SERVICE**

2     I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the

3 following individuals were served with a copy of the foregoing on June 22, 2012, by the below

4 identified method of service:

5     <u>CM/ECF</u>:

6

7 Michael Ryan Pandullo
700 S. Third Street
Las Vegas, NV 89101
8 Email: michael.pandullo@gmail.com
Counsel for Defendant Michael Matulich

9

10 Krystallin D Hernandez
Robert Langford & Associates
11 616 South 8th Street
Las Vegas, NV 89101
12 Email: krystallin@robertlangford.com
Counsel for Defendant Bo Ellison

13

14 James Hartsell
Law Offices of James Hartsell
15 720 S. 4th St. Suite 100
Las Vegas, NV 89101
16 Email: james@hartselllaw.com
Counsel to Defendant Michael Duty

17

18 Jason F. Carr
Federal Public Defender
19 411 E Bonneville Suite 250
Las Vegas, NV 89101
20 Email: ECF_Vegas@FD.ORG
Counsel to Defendant Angel Sesteaga

21

22

23                                         /s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
24                                         Forfeiture Support Associate Paralegal

25

26