FILED

DEC 1  2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL PAUL MATULICH, aka "Rampage,")<br>)<br>Defendant. ) | 2:11-CR-327-PMP-(CWH) |

**FINAL ORDER OF FORFEITURE**

On June 25, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code Section 2461; Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (p) based upon the plea of guilty by defendant MICHAEL PAUL MATULICH, aka "Rampage" to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant MICHAEL PAUL MATULICH aka "Rampage" pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 58; Minutes of Change of Plea Proceedings, ECF No. 56; Preliminary Order of Forfeiture, ECF No. 60.

This Court finds the United States of America published the notice of the forfeiture in accordance with the via the official government internet forfeiture site, www.forfeiture.gov,

. . .

1 consecutively from June 27, 2012, through July 26, 2012, notifying all third parties of their right to
2 petition the Court. Notice of Filing Proof of Publication, ECF No. 71.

3 This Court finds no petition was filed herein by or on behalf of any person or entity and the
4 time for filing such petitions and claims has expired.

5 This Court finds no petitions are pending with regard to the assets named herein and the time
6 for presenting such petitions has expired.

7 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
8 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
9 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
10 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United
11 States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United
12 States Code Section 2461; Title 26, United States Code, Section 5872(a) and Title 28, United States
13 Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1) and (p); and Title 21,
14 United States Code, Section 853(n)(7) and shall be disposed of according to law:

15     (a) Maverick model 88 12 gauge short-barreled shotgun, serial number MV04934G;
16     (b) Mossberg model 500A 12 gauge shotgun, serial number L244961;
17     (c) Intratec Model Tec-9 9mm, serial number 23988;
18     (d) Russian SKS 7.62X39 rifle, with bayonet, serial number 9937905;
19     (e) Beretta model 92FS Compact 9mm pistol, serial number E31982Z;
20     (f) a homemade Mac-11 type 9mm pistol;
21     (g) Keltic CNC Industries, Inc. P11 pistol 9mm, serial number ASK60;
22     (h) any and all ammunition;
23     (i) an in personam criminal forfeiture money judgment of $900.00 in United States
24            Currency; and
25     (j) an in personam criminal forfeiture money judgment of $300.00 in United States
26            Currency ("property").

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
2  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
3  any income derived as a result of the United States of America's management of any property forfeited
4  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
5  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
6  certified copies to the United States Attorney's Office.
7  DATED this _10th_ day of _December_, 2012.

_____
UNITED STATES DISTRICT JUDGE