UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>MICHAEL PAUL MATULICH,<br><br>　　　　　　　Defendant(s). | Case No. 2:11-CR-327 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Michael Paul Matulich*, case number 2:11-cr-00327-JCM-CWH.

Petitioner Matulich has filed a motion for sentence reduction under Amendment 782 of 18 U.S.C. § 3582(c). (ECF No. 166).

Briefing will proceed as follows: the government shall file a response within twenty-one (21) days of the entry of this order, and petitioner shall file a reply fourteen (14) days thereafter.

Accordingly,

IT IS SO ORDERED.

DATED July 3, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**