RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Michael Matulich

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MATULICH,<br><br>    Defendant. | Case No. 2:11-cr-00327-JCM-CWH<br><br>**STIPULATION TO CONTINUE COMPASSIONATE RELEASE MOTION SUPPLEMENT DUE DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Michael Matulich, that the Compassionate Release Motion Supplement due date currently scheduled on June 3, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than 14 days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to get in contact with the client due to FCI Berkley being on lockdown from nationwide protests in order to properly prepare a supplemental filing.

2. Counsels for Mr. Matulich and the government agree to the continuance.

This is the first request for a continuance of the Compassionate Release Motion Supplement due date.

DATED this 2nd day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Elizabeth O. White.*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MATULICH,<br><br>　　　　Defendant. | Case No. 2:11-cr-00327-JCM-CWH<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Compassionate Release Motion Supplement due date currently scheduled for Wednesday, June 3, 2020, be vacated and continued to June 17, 2020, before 4:00 p.m. .; or to a time and date convenient to the court.

   DATED June 3, 2020.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3